UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXAS GULF BANK, N.A.,

        Plaintiff,

vs.                           Case No.   2:05-cv-513-FtM-99SPC

M/V RELIANT; M/V RELIANT, INC.; KIRK
S. THOMPSON,

        Defendants.
_____

**OPINION AND ORDER**

     This matter comes before the Court on plaintiff's Motion for Entry of Final Default Judgment (Doc. #38), filed June 22, 2006, and Motion to Assess Custodial Fees and Tax as Costs (Doc. #39), filed on June 22, 2006.

**I.**

     On October 31, 2005, Texas Gulf Bank, N.A. filed a Verified Complaint In Rem Rule 9(h) (Doc. #1) to foreclose on a first preferred mortgage on the M/V Reliant (the Reliant). As alleged in the Complaint, on or about July 29, 2002, the Reliant borrowed $85,000.00 and executed a promissory note based on the loan transaction. The individual defendant, Kirk S. Thompson, also entered into an Unlimited Continuing Guarantee Agreement as security on the Reliant, and on May 20, 2003, the Reliant executed a renewal promissory note in the amount of $78,317.00, and a First

Amendment of First Preferred Mortgage, in favor of plaintiff. The Reliant defaulted on the mortgage with $61,341.96, plus interest, penalties, costs, expenses, and attorney's fees still owing.

On October 31, 2005, the Court appointed Steve Gala as Substitute Custodian of the Reliant, and the vessel was subsequently arrested. On January 6, 2006, upon Order (Doc. #22) finding proper service of process and no responsive pleading, the Clerk entered a Default (Doc. #23) against M/V Reliant, M/V Reliant, Inc. and Kirk S. Thompson. On April 7, 2006, the Motion for Order Directing Sale of Vessel and Renewed Motion for order Directing Sale of Vessel were granted, see Doc. #28, and the Clerk was directed to enter a default judgment against M/V Reliant. On April 10, 2006, a Default Judgment (Doc. #30) was entered awarding plaintiff $61,341.96, with the Court retaining jurisdiction to consider other matters. On May 19, 2006, the Court granted a request for confirmation of sale as no objections were filed with the Clerk, and the Confirmation of Sale (Doc. #37) was filed on May 22, 2006.

**II.**

Upon review of the docket, the Court finds that plaintiff has met all prerequisites for a default judgment under Fed. R. Civ. P. 55(a) and Local Rule 7.02(f). Additionally, plaintiff has stated that all Marshal's fees have been paid, and no claim or answer having been filed in this case, therefore oral arguments are not

required.  See Local Rule 7.02(i)(1).  The motions will be granted as provided below.

As a result of a credit bid, plaintiff purchased the vessel for $8,000.00, which leaves a balance of $53,341.96.  The Clerk will be directed to enter an amended judgment for the deficiency.  Plaintiff also seeks costs associated with custodial fees.  Upon review, the *custodia legis* fees will be taxed against defendants pursuant to Local Rule 7.05(k)(4)(C).  To the extent that plaintiff will be seeking attorney's fees and costs, a motion and supporting memorandum of law shall be filed within 14 days of the entry of judgment.  See Local Rule 4.18.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  Plaintiff's Motion for Entry of Final Default Judgment (Doc. #38) is **GRANTED** to the extent that an amended judgment will be entered assessing a deficiency judgment of $53,341.96 against all defendants.

2.  Plaintiff's Motion to Assess Custodial Fees and Tax as Costs (Doc. #39) is **GRANTED** and the amended judgment will include an assessment of $4,198.00 for fees associated with Port Risk Insurance.

3.  The Default Judgment (Doc. #30) is **vacated.**

4.  The Clerk shall enter an Amended Judgment against *all* defendants assessing a deficiency judgment of $53,341.96 in favor

of plaintiff and taxing *custodia legis* fees in the amount of $4,198.00 in favor of plaintiff.

    5.  The Clerk is further directed to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of September, 2006.

                                                JOHN E. STEELE
                                              United States District Judge

Copies:
Counsel of record
DCCD